CGFD15 (12/11/2023)



**ORDERED in the Southern District of Florida on May 9, 2025**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 25−14354−LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Pedro Samuel Gil Padron
aka Pedro S. Gil Padron
5890 SW 6th St
Miami, FL 33144

SSN: xxx−xx−2744

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **April 21, 2025**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **5/5/2025** deadline:

    Debtor's Payment Advices

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Only certified check or money order will be accepted

(cash will not be accepted as a form of payment). Case number must be included on the certified check or money order. Filer should include a self–addressed stamped envelope if a receipt is requested. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.