UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
PEDRO GIL SAMUEL PADRON  
Debtor.

Case No.: 25-14352-LMI

Chapter 13

_____/

**DEBTOR'S EXPEDITED MOTION TO REINSTATE CASE**
**(Hearing Requested for June 3, 2025)**

**COMES NOW** the Debtor, by and through undersigned counsel and hereby files this Expedited Motion to Reinstate Case and as good grounds would state as follows:

1. That the Debtors' Chapter 13 case was dismissed on April 9, 2025, for failure to file payment advices.

2. That the Debtor has filed his payment advices at docket entry #16.

3. That the Debtor is current under their Chapter 13 plan.

4. That this motion is being made on an expedited basis as the Debtor's vehicle is subject to repossession.

WHEREFORE, the Debtor asks the Court to reinstate their Chapter 13 case so that they may receive a discharge.

**WHEREFORE**, the Debtor requests that this Honorable Court grant its foregoing motion, and any such other relief as this Court may deem just and proper.

### CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by Electronic Mail to the below parties, this 22nd day of May, 2025.

Office of the U.S. Trustee
51 SW 1st Avenue
Miami, FL 33130

Nancy K. Neidich Esq.
Chapter 13 Standing Trustee
Post Office Box 279806
Miramar, Florida 33027

                                         **KENNETH S. ABRAMS, P.A.**
                                         Attorneys for Debtor(s)
                                         9769 S. Dixie Highway, Suite 203
                                         Miami, FL 33156
                                         Telephone: (305) 598-1880
                                         Facsimile: (305) 598-1881
                                         Email: Kabrams@bkclaw.com
By:     */s/Kenneth S. Abrams, Esq.*
                                         KENNETH S. ABRAMS, ESQ.
                                         Florida Bar No.: 107293