UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

IN RE:  
PEDRO SAMUEL GIL PADRON  
Debtor.

_____/

Case No.: 25-14354-LMI

Chapter 13

### DEBTOR'S MOTION TO REINSTATE CASE

**COMES NOW** the Debtor, by and through undersigned counsel and hereby files this Motion to Reinstate Case, and as good grounds would state as follows:

1. That the Debtor's Chapter 13 case was dismissed on October 17, 2025 upon denial of confirmation of their Chapter 13 plan.

2. That the Debtor has submitted the LF-97, which resolves all of the outstanding deficiencies in the last filed Notice of Deficiency by the Chapter 13 Trustee.

3. That the undersigned counsel has not charged the Debtor in connection with this Motion.

**WHEREFORE**, the Debtor requests that this Honorable Court grant its foregoing motion, reinstate their Chapter 13 case and any such other relief as this Court may deem just and proper.

### CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the

additional qualifications to practice in this court set forth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by Electronic Mail to the below parties, this 22nd day of October, 2025.

Office of the U.S. Trustee
51 SW 1st Avenue
Miami, FL 33130

Nancy K. Neidich
P.O. Box   279806
Miramar, FL 33027

                              **KENNETH S. ABRAMS, P.A.**
                              Attorneys for Debtor(s)
                              420 S. Dixie Highway, Suite 2L
                              Miami, FL 33146
                              Telephone: (305) 598-1880
                              Facsimile: (305) 598-1881
                              Email:Kabrams@bkclaw.com

By:     */s/Kenneth S. Abrams, Esq.*
           KENNETH S. ABRAMS, ESQ.
           Florida Bar No.: 107293