UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
PEDRO GIL PADRON  
Debtor.

Case No.: 25-14354-LMI

Chapter 13

_____/

### DEBTOR'S EXPEDITED MOTION TO REINSTATE CASE

**COMES NOW** the Debtor, by and through undersigned counsel and hereby files this Motion to Reinstate Case and as good grounds would state as follows:

1. That the Debtors' Chapter 13 case was dismissed on January 21, 2026, for failure to be current under their chapter 13 plan.

2. That the undersigned is holding $1,668.00, which when sent to the Chapter 13 Trustee would make the Debtor current under their filed Chapter 13 plan.

3. That this motion is being made on an expedited basis as the Debtor's vehicle may be repossessed absent the automatic stay.

WHEREFORE, the Debtor asks the Court to reinstate their Chapter 13 case so that they may receive a discharge.

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by Electronic Mail to the below parties, this 21st day of January, 2026.

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

 

                                      **KENNETH S. ABRAMS, P.A.**
                                      Attorneys for Debtor(s)
                                      420 S. Dixie Highway, Suite 2L
                                      Miami, FL 33146
                                      Telephone: (305) 598-1880
                                      Facsimile: (305) 598-1881
                                      Email: Kabrams@bkclaw.com

By:      */s/Kenneth S. Abrams, Esq.*
                 KENNETH S. ABRAMS, ESQ.
                 Florida Bar No.: 107293